ROBERT H. MacKIBBIN, Respondent, v. WILSON & ENGLISH CONSTRUCTION COMPANY, Defendant, and R. B. HAMILTON TRUCKING COMPANY, INC., Appellant.— Action to recover damages for personal injuries suffered as a consequence of a skid plank, furnished by the appellant, R. B. Hamilton Trucking Company, Inc., tipping when stepped upon by the plaintiff in the course of his work for his employer. Judgment for plaintiff, in so far as appealed from, unanimously affirmed, with costs. The appellant conceded that one of the hooks was missing from the skid plank at the time of the accident. It had both actual and constructive notice of the defect in the skid plank which it furnished. On ample evidence a finding has been had that it was an inherently dangerous device, in a condition of which the appellant had knowledge and of which plaintiff had no knowledge. The cases involving latent defects in otherwise harmless instrumentalities are of no avail to the appellant. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

IRENE E. MEYERS, as Guardian ad Litem of WILLIAM H. MEYERS, an Incompetent, Respondent, v. MARY MATILDA CAMPBELL and Others, as Executors, etc., of CATHERINE MEYERS, Deceased, Appellants.— Action on contract. Resettled order modified on the law and the facts by adding thereto a provision that if within five days from the entry of the order hereon the attorneys for defendants file a waiver of the privilege (Civ. Prac. Act, § 354) of the attorney who possesses the alleged letters and memoranda received from his client, the decedent, plaintiff be directed to take appropriate steps to procure the contents of said letters and memoranda and to furnish same to defendants in a further supplemental bill of particulars within twenty days after notice of filing of waiver. As thus modified, the order is affirmed, without costs. If such waiver be not filed, the order is affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.

MARY MILLER, Appellant, v. SUTHERLAND MILLER, Respondent.— In an action for a separation, in which the defendant counterclaimed for an annulment, an interlocutory judgment was entered after trial, granting an annulment and dismissing the complaint. Interlocutory judgment unanimously affirmed, without costs. There is ample evidence to support the findings of the trial court. It is not necessary, therefore, to pass upon the question of estoppel. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD MATUSIAK, Appellant.— Appeal from a judgment of the Court of Special Sessions of the City of New York, Borough of Richmond [County of Richmond], convicting the defendant of the crime of assault in the third degree, and from an order denying a motion for a new trial on the ground of newly-discovered evidence. Judgment and order unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.